UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-5206 FMO (AJWx) | Date | August 5, 2013 |
|---|---|---|---|
| Title | Adam Jones v. Bath and Body Works, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Julieta Lozano | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff: | Attorney Present for Defendants: | |
| None Present | None Present | |

**Proceedings:** (In Chambers) Order to Show Cause Re: Remand

On July 18, 2013, this action was removed to this court pursuant to 28 U.S.C. § 1441. However, the jurisdictional allegations appear to be defective because the total claims of individual class members do not appear to exceed $5,000,000 in the aggregate. See 28 U.S.C. § 1332(d)(2). Accordingly, IT IS ORDERED that:

1. No later than **August 12, 2013,** defendants shall show cause in writing why this action should not be remanded for the reason noted above. In particular, defendants should provide the court with a sample of the data used to perform their amount-in-controversy calculations. Defendants should further note that any exhibits must find support in accompanying declarations. Plaintiff may submit a response in the same time period. Failure to file a response to the instant Order shall be deemed as defendants' consent to the remand of this action to state court.

2. A copy of all papers filed with the court shall be delivered to the drop box outside chambers at Suite 520, Spring Street Courthouse, 312 North Spring Street, **no later than 12:00 noon the following business day**. All chambers copies shall comply fully with the document formatting requirements of Local Rule 11-3, including the "backing" requirements of Local Rule 11-3.5. Counsel may be subject to sanctions for failure to deliver a mandatory chambers copy in full compliance with this Order and Local Rule 11-3.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | jloz | |