JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ADAM JONES,                                )   Case No. CV 13-5206 FMO (AJWx)
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )   **JUDGMENT**
                                           )
BATH & BODY WORKS, INC., <u>et al.</u>     )
                                           )
                    Defendants.            )
_____    )

Pursuant to the Court's Order Re: Motion for Final Approval of Class Action Settlement; Motion for Attorney's Fees, Costs and Expenses, and for Class Representative Incentive Awards (the "Order") filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1.  Plaintiff Adam Jones shall be paid a service payment of $8,000 and plaintiff Brooke Johnson shall be paid a service payment of $5,000 in accordance with the terms of the Settlement Agreement and the Order.

2.  Class counsel shall be paid $675,000 in attorney's fees, and $15,560 in costs in accordance with the terms of the Settlement Agreement and the Order.

3.  The settlement administrator, CPT Group, Inc., shall be paid $125,000 for its fees and expenses in connection with the administration of the Settlement Agreement, in accordance with the terms of the Settlement Agreement and the Order.

4.  The California Labor and Workforce Development Agency shall be paid the amount of $7,500, in accordance with the terms of the Settlement Agreement and the Order.

5.  Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of this court.

Dated this 11th day of July, 2016.


_____
/s/
Fernando M. Olguin
United States District Judge